USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
STEVEN MATZURA *and on behalf of all other* :
*persons similarly situated*, :
:
Plaintiffs :
             -v- :    1:17-cv-5203-GHW
:
DRAMATICS FOR HAIR, INC., DRAMATICS :
HIGH PERFORMANCE, INC., DRAMATICS :    ORDER
FIFTH AVENUE, INC., DRAMATICS 57, :
INC., DRAMATICS NEW MILLENNIUM, :
INC., and DRAMATICS SIXTH AVENUE, :
INC., :
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On April 30, 2019, the Court entered an order directing Plaintiff to show cause no later than May 10, 2019 as to why Defendant Dramatics for Hair, Inc. should not be dismissed from this action based on Plaintiff's failure to serve Defendant in accordance with Fed. R. Civ. P. 4(m). Dkt. No. 49. To date, the Court has received no submission from the Plaintiff in response to the Court's order. Therefore, it is hereby ordered that Defendant Dramatics for Hair, Inc. be dismissed from this action. The Clerk of Court is directed to remove Defendant Dramatics for Hair, Inc. as a defendant in this action.

    Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

    SO ORDERED.

Dated: May 13, 2019
       New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                                 United States District Judge